850

No. 71–1630. KELLOGG Co. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. 

No. 71–1632. CAST OPTICS CORP. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied. 

No. 71–1640. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 71–1643. SCHULTE ET AL. v. OKLAHOMA CITY. Sup. Ct. Okla. Certiorari denied. 

No. 71–1644. STEINER v. COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied.

No. 71–1650. C & G BOAT Co., INC., ET AL. v. CRESCENT RIVER PORT PILOTS ASSN. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 71–1653. McFARLAND v. KNAPP ET AL. C. A. 2d Cir. Certiorari denied. 

No. 71–1657. SCOTT v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 71–1660. THOMPSON ET VIR v. BOARD OF COMMISSIONERS OF THE OAK BROOK PARK DISTRICT OF DU-PAGE COUNTY ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 71–1661. MOVEABLE OFFSHORE, INC. v. HALL. C. A. 5th Cir. Certiorari denied. 

No. 71–1662. ATLANTIC-RICHFIELD Co. v. CHERRY ET AL. C. A. 5th Cir. Certiorari denied.